**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARJAN KUZMA MIJAT<br><br>   Plaintiff,<br><br>   v.<br><br>DELTA AIR LINES, a Delta Corporation; and DOES 1-25, Inclusive,<br><br>   Defendants. | Case No. CV 08-7069 GW (PJWx)<br><br>**JUDGMENT**<br><br><br><br><br><br>Judge:   Honorable George Wu<br>Courtroom:  10 |

This action came on for hearing before the Court on July 15, 2010, the Honorable George Wu, United States District Judge Presiding, on Delta Air Lines, Inc.'s ("Delta") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion"), and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Delta's Motion is granted, that Plaintiff Marjan Kuzma Mijat take nothing, that the action be dismissed on the merits and that Delta recover its costs, to be determined.

Dated: July 27, 2010

_____
Honorable George H. Wu
Judge, U.S. District Court

1

12414894v.1

[PROPOSED] JUDGMENT
Case No. CV 08-7069 GW (PJWx)